**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---------------------------------------------------------------X

DE LAGE LANDEN FINANCIAL
SERVICES, INC.                                     :

                                                   :

                                                   :    **Civil Action No: 09-1538 (TJS)**

                    Plaintiff,                     :

                                                   :

        -v-.                                       :

                                                   :

ELITE TECHNOLOGY (NY), INC.                        :

                                                   :

        and                                        :

                                                   :

PTA OF PUBLIC SCHOOL 41,                           :
MANHATTAN, NY                                      :

                                                   :

                    Defendants.                    :

---------------------------------------------------------------X

## ORDER

THIS MATTER having been brought before this Court on a motion by Landman Corsi Ballaine & Ford P.C., attorneys for defendant PTA of Public School 41, for an Order pursuant to 28 U.S.C. 1404(a) transferring this case to the United States District Court for the Southern District of New York, and the Court having considered all papers submitted in opposition thereto and the arguments of counsel, and for good cause appearing therefore;

IT IS on this _____ day of _____ 2009, ORDERED that this matter is hereby transferred to the United States District Court for the Southern District of New York.


BY THE COURT:


_____
Timothy J. Savage, U.S.D.J.


483159.1 DocsNY