IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DE LAGE LANDEN FINANCIAL SERVICES, INC.** | : | CIVIL ACTION |
| | : | |
| v. | : | No. 09-1538 |
| | : | |
| **ELITE TECHNOLOGY (NY), INC.**, *et al.* | : | |

## ORDER

**AND NOW**, this 30th day of September, 2009, upon consideration of Defendant PTA of Public School 41's Motion to Transfer Venue (Document No. 16) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED**, and this matter is **TRANSFERRED** to the United States District Court for the Southern District of New York.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE,  J.